**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                              Case No. 26-60077

Allen Lee Shamp,                                    Chapter 13

        Debtor(s).

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE**

The undersigned applicant, in accordance with Local Rule 2016-1(c) and the court's guidance, seeks compensation and reimbursement of expenses in the above-referenced chapter 13 case and provides the following information. **Any responses to this application are due within 21 days of the filing of the application. If no response to the application is filed, the court may enter an order without further notice or hearing.**

1.      The applicant is the attorney for the debtor(s).

2.      The status of the case is as follows:

    ☐ A plan was confirmed on ____, __; or

    ☑ No plan has been confirmed and the case is pending; or

The trustee has funds on hand in the amount of $ __0.00__ .

3.      Applicant seeks allowance of fees and reimbursement of expenses as follows:

Fees:

| | | |
|---|---|---|
| Required services (paragraph II) | $ | 4000.00 |
| Postconfirmation modified plan (paragraph IV) | $ | |
| Other services (paragraph V) | $ | |

Expenses:

| | | |
|---|---|---|
| | $ | 313.00 |
| Filing Fee | $ | |
| Copies _____ (#) @ $ _____ = | $ | |
| Postage _____ (#) @ $ _____ = | $ | |
| Credit Report: $17, Sage PFM: $15, Abacus Credit Counseling: $15 | $ | 47.00 |

| | | |
|---|---|---|
| Total Expenses: | $ | 360.00 |
| Total Fees and Expenses: | *$* | 4360.00 |

(collectively, "Requested Fees and Expenses.") If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

4.      Applicant agrees to provide a detailed statement of time expended upon request.

5.    The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the applicant and actual, necessary expenses incurred on behalf of the debtor(s). The services provided consist of the following:

☑ Required services (paragraph II)

Detailed Narrative: Counsel met with the debtor(s) to discuss and analyze their financial situation, goals, and objectives, and to recommend an appropriate course of action. During the initial consultation, counsel advised the debtor(s) regarding the advisability of filing a bankruptcy petition, as well as available nonbankruptcy alternatives, and responded to all inquiries presented by the debtor(s).

Counsel explained the terms and scope of representation, including applicable filing fees and plan payment requirements. In preparation for the case, counsel performed necessary due diligence, which included obtaining the debtor(s)' credit report, reviewing the PACER system to determine whether the debtor(s) had previously filed any bankruptcy cases, and verifying ownership of vehicles, real property, and other assets.

Counsel maintained regular consultation and communication with the debtor(s) to gather required financial and personal information and to ensure that the debtor(s) were fully informed of their responsibilities throughout the process. Counsel timely prepared, revised, and finalized the debtor(s)' petition, plan, statements, schedules, and all other documents necessary to complete the bankruptcy filing.

Counsel further advised the debtor(s) of the requirements to obtain prepetition credit counseling, to maintain appropriate insurance coverage, and to file all required income and tax returns. Counsel also provided guidance regarding the steps necessary to obtain a discharge, including the filing of a statement regarding domestic support obligations and the completion of a financial management course.

Prior to filing, counsel reviewed the completed petition, plan, statements, and schedules in detail with the debtor(s) and ensured that all documents were accurate, complete, and properly executed by the debtor(s).

Counsel will advise the debtor of the requirement to attend the meeting of creditors, and ensure the debtor(s) will be prepared for the meeting, and notifying the debtor(s) of the date, time, and place of the meeting. In the case of a joint filing, counsel will notify both spouses that they must appear
at the meeting. Legal representation will be provided for the debtor at the meeting of creditors and counsel will attend the confirmation hearing, if necessary.

Prior to the meeting of creditors, counsel will work with the debtor(s) to ensure bank statements and income and tax records are submitted to the trustee.
Counsel will Initiate, and respond to correspondence and calls to and from the trustee, the United States trustee, creditors, and other interested parties as necessary for the timely administration of the debtor(s)' case. When necessary counsel will timely respond to objections to plan confirmation and, prepare, file, and serve a modified plan.

Counsel will correspond with the debtor(s) and creditors to ensure compliance with 11 U.S.C. § 362 as it pertains to wage garnishments, levied accounts, foreclosures, or any other matters.

All incoming CM/ECF case information will be monitored by the firm. And counsel will timely prepare, file, and serve any necessary amended statements and schedules and any change of address in accordance with information provided by the debtor.

Proof of claims will be evaluated, and counsel will determined if an objection is necessary, and advise the debtor(s) accordingly. Counsel will respond to the debtor(s)' questions throughout the term of the plan or until either the
case is dismissed or the court has authorized the debtor(s)' attorney to withdraw from representation.

Counsel will assist the debtor(s) with the steps necessary to obtain a discharge, including filing a statement regarding domestic support obligations and completing a financial management course.

☐ Postconfirmation modified plan (paragraph IV)

Detailed Narrative: [Refer to services in court's guidance.]

☐ Other services (paragraph V):

☐ Resolving postconfirmation motion(s) for relief from the automatic stay;

☐ Resolving postconfirmation motion(s) to dismiss;

☐ Filing motion(s) for sale of real property;

☐ Filing motion(s) objecting to claim(s);

☐ Assisting the debtor(s) in complying with 11 U.S.C. § 521(f)(4); and

☐ Assisting the debtor(s) in responding to requests for information made in connection with an audit conducted pursuant to 28 U.S.C. § 586(f).

6.  Regarding the Requested Fees and Expenses, the debtor(s) has/have paid applicant the sum of $ 360.00 as of 2/13/26. The debtor(s) owe the applicant the sum of $4000.00 for the unpaid balance.

7.  The applicant has applied for fees and/or expenses in the case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
| --- | --- | --- | --- | --- |
| | | | | |

8.  The applicant has not shared or agreed to share with any other person, other than with members of the applicant's law firm, any compensation paid or to be paid in this case.

Therefore, the applicant requests an order awarding $ 4000.00, for total compensation and $ 360.00 for reimbursement of expenses and authorizing the trustee to pay the unpaid balance to applicant as provided in the plan.

Dated:     February 13, 2026                    Signed:     /s/ Jesse A. Horoshak

Jesse A. Horoshak 0387797

Attorney for debtor(s)
LifeBack Law Firm, PA

13 7th Avenue South
Saint Cloud, MN 56301
jesse@lifebacklaw.com
(612) 843-0529
0387797 MN

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                    Case No. 26-60077

Allen Lee Shamp,                                          Chapter 13

        Debtor(s).

**ORDER**

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor(s) in Chapter 13 Case. Based on the application and the file, record and proceedings herein,

**IT IS ORDERED:** Applicant is awarded $4000.00, for total compensation and $ 360.00 for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

**BY THE COURT:**

Dated: _____          _____

                                                  United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Allen Lee Shamp

Debtor(s)

Case No. 26-60077

Chapter 13

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 2/13/2026, I did cause a copy of the following document(s), described below:

Service Letter, Application of Compensation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 2/13/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2026

<u>/s/ Jesse A. Horoshak</u>
Jesse A. Horoshak
Bar No. 0387797
LifeBack Law Firm, PA
13 7th Avenue South
Saint Cloud MN 56301-0000
(612)843-0529
jesse@lifebacklaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

    Allen Lee Shamp

    Debtor(s)

Case No. 26-60077

Chapter 13

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 2/13/2026, I did cause a copy of the following document(s), described below:

Service Letter, Application of Compensation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 2/13/2026, I caused a copy of the Service Letter and Application of Compensation to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO Box 64447 | St Paul MN 55164-0447 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| Fergus Falls - St Paul | | 200 Warren E Burger Federal Building and | U. S. Courthouse | 316 N Robert St | St Paul MN 55101-1495 |
| Barclays Bank Delaware | | | Attn: Bankruptcy | Po Box 8801 | Wilmington DE 19899-8801 |
| Capital One | | | AttN: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| Capital One/Menards | | | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130-0285 |
| Internal Revenue Service | | | Centralized Insolvency | PO Box 7346 | Philadelphia PA 19101-7346 |
| MN Dept of Revenue | | | Attn: Denise Jones | PO Box 64447 | Saint Paul MN 55164-0447 |
| MagniFi Financial | | | Attn: Bankruptcy | 20 4th Ave Se | Melrose MN 56352-1356 |
| Synchrony Bank/Mills Fleet Farm | | | Attn: Bankruptcy | Po Box 965065 | Orlando FL 32896-5065 |
| Wadena State Bank | | | 304 1st St Se | | Wadena MN 56482-1504 |
| Allen Lee Shamp | | | 20402 County HWY 73 | | Parkers Prairie MN 56361-4591 |
| Madison Danyelle Newberg | | | LifeBack Law Firm, PA | 6445 Sycamore Court North | Maple Grove MN 55369-6028 |